IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE POLOTE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO.: |
| GILBANE BUILDING COMPANY, ) | 1:11-CV-01452-TCB-RGV |
| and W.G. MILLS, INC. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For the reasons set forth in Defendants' Motion to Confirm Arbitration Award, and accompanying Memorandum in Support, it is hereby

ORDERED that that the arbitration award issued on April 23, 2012 denying all of The Polote Corporation's claims against the Defendants and awarding $11,401, plus interest at the rate allowed by Georgia law on judgments commencing on May 24, 2012, in favor of Gilbane and against Polote is CONFIRMED and made a judgment of this Court pursuant to the Federal Arbitration Act. 9 U.S.C. § 9.

This the 29th day of May, 2012.

_____
HON. TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ **Ronald G. Robey**

Ronald G. Robey
Georgia Bar No. 609850
Attorney for Plaintiff The Polote Corporation
Smith, Currie & Hancock LLP
245 Peachtree Center Avenue, N.E.
Suite 2700 Marquis One Tower
Atlanta, Georgia 30303-1227
Telephone: 404-521-3800
Facsimile: 404-688-0671
rgrobey@smithcurrie.com

/s/ **Keith L. Richardson**

Keith L. Richardson, *by Ronald G. Robey with express permission*
Georgia Bar No. 604100
Daniel M. Murdock
Georgia Bar No. 310432
Attorneys for Defendants Gilbane Building Company and W.G. Mills, Inc.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-541-3174
krichardson@kilpatricktownsend.com
dmurdock@kilpatricktownsend.com

2